IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES RAY ROBINSON | § | |
| VS. | § | CIVIL ACTION NO. 6:10cv501 |
| OFFICER WHITTENBERG, ET AL. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Plaintiff's Motion for Court Order (docket entry #7), construed as a motion for a temporary restraining order and/or preliminary injunction, is hereby **DENIED**.

**S**IGNED this 6th day of December, 2010.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE